## UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF FLORIDA TAMPA DIVISION

**WORLDWIDE AIRCRAFT SERVICES, INC., d/b/a JET ICU, a Florida corporation,**

*Plaintiff,*

vs.

**WORLDWIDE INSURANCE SERVICES, LLC, d/b/a GEOBLUE;**

**INDEPENDENCE HEALTH GROUP, INC., a corporation**

*Defendants.*
_____/

Case No.:
8:24-cv-01218-TPB-SPF

Judge: Hon. Thomas P. Barber

### NOTICE OF SETTLEMENT

Please take notice that the parties in the above-referenced case have reached a settlement agreement. The parties are currently in the process of finalizing the settlement terms and preparing the necessary documentation.

The parties anticipate that a stipulation of dismissal pursuant to settlement or other appropriate order will be filed with the Court within sixty [60] days from the date of this notice.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished to Stephen Hunter Johnson Esq. (shj@lydecker.com, aadkins@lydecker.com, ag@lydecker.com), Lydecker LLP, 1221 Brickell, 19th Floor, Miami, Florida 33131, *Attorney for GeoBlue,* Katherine M. Katchen Esq., KKatchen@reedsmith.com, Reed Smith LLP, 1717 Arch Street, Suite 3100, Philadelphia, PA 19103, *Attorney for Independence Health Group, Inc.,* on August 27th, 2024.

Michael Brannigan
The Law Office of Michael Brannigan P.A.
Florida Bar No. 0075256
1511 N. Westshore Blvd Ste 650,
Tampa, FL 33607
Brannigan35@yahoo.com
legal@jeticu.com
(352) 796-2540
(352) 796-2549 (fax)
*Attorney for Plaintiff*